IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 06-CV-02460

ESTATE OF CHRISTOPHER DAVID MALLICOTTE,

    Plaintiff,

v.

PERFECTO A. HIJAR, II,

    Defendants.

_____

**ORDER**
_____

    This matter has come to the attention of the Court on the Clerk's Notice of Referral to District Court Pursuant to D.C.COLO.LCivR 84.1 and the plaintiff's Motion to Withdraw Referral. Pursuant to D.C.COLO.LCivR 40.1 this case was randomly assigned.. In the Motion to Withdraw Referral the plaintiff's they state their motion is made "so that it can be heard concurrently with the action *Mallicotte v. Hijar, et.al.*, Civil Action No. 06-CV-00502-MSK-CBS." Accordingly, it is

    ORDERED that the Clerk shall forward this case to the Chief Judge so that pursuant to D.C.COLO.LCivR 40.1 A. the active judges may consider possible reassignment to Judge Marcia S. Krieger.

DATED at Denver, Colorado this 11th day of December, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    SENIOR JUDGE RICHARD P. MATSCH
                                    United States District Court Judge