IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-002460-MSK[1]

ESTATE OF CHRISTOPHER DAVID MALLICOTTE,

      Plaintiff

v.

PERFECTO A. HIJAR, II,

      Defendant.

_____

## ORDER SETTING HEARING
_____

      **THIS MATTER** comes before the Court *sua sponte*.

      The Court will conduct a non-evidentiary hearing on **Monday, January 29, 2007** at **1:30 p.m.** to address the following issues: (i) whether the Motion to Withdraw Reference **(# 1)** should be granted; (ii) whether the Court should consolidate this case with *Estate of Mallicotte v. Colorado Department of Corrections*, D. Colo. Docket No. 06-cv-502-MSK-CBS; and (iii) any other matters that may be relevant to the pretrial proceedings in this case.  Counsel shall bring their calendars.

---

[1]The parties are advised that, at the direction of the Chief Judge, this case has been transferred to the undersigned.  As a result of such transfer, the docket number has been modified. All future filings in this case shall bear the correct docket number shown above.

The parties should note that this hearing will occur simultaneously with a hearing in the

*Estate of Mallicotte* case listed above.

Dated this 3d day of January, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge