# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover         Date:   January 29, 2007
Court Reporter:    Paul Zuckerman

Civil Action No. 06-cv-02460-MSK

*Parties*:                                  *Counsel Appearing:*

ESTATE OF CHRISTOPHER DAVID MALLICOTTE,      Andrew Reid

    Plaintiff,

v.

PERFECTO A. HIJAR, II,                       Pro Se

    Defendant.

## COURTROOM MINUTES

HEARING:   Law and Motions

**1:41 p.m.     Court in session.**

Pro Se defendant Hijar is not present.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   The Motion to Withdraw the Reference of Adversary Proceedings in Case No. 06-1837-ABC pending in U.S. Bankruptcy Court **(Doc. #1)** is **DENIED.** Civil Action No. 06-cv-02460 is **DISMISSED.**

**2:11 p.m.     Court in recess.**

**Total Time:   30 minutes.**
**Hearing concluded.**